# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia
## Alexandria Division

IN RE:     **WILLIAM ALLEN WINKEL**                                     Chapter 13
              **ROBIN HOPE WINKEL**                                      Case No.04-10437

                    Debtors.

### APPLICATION FOR COMPENSATION

Applicant, Ann M. Callaway, respectfully represents:

1.       That applicant has acted as attorney for debtors, in the above-entitled proceeding.

2.       That applicant requests the amount of $2,602.50 for such services, less $1,500 already paid to applicant leaving a balance of $1,102.50. An itemization of the fees charged is attached hereto as exhibit A. Said fees were incurred in connection with amending the debtors' plan in response to the Chapter 13 Trustee's objection.

3.       That the debtors' original agreement with applicant required debtors to pay $1,500 which included preparing and filing their bankruptcy case, preparing their chapter 13 plan, and attending the 341 meeting. To the best of applicant's knowledge, the $1,500 fee was paid out of the debtors' assets; that no portion of the fee was shared with any other entity; that applicant has no knowledge of any agreement with any other entity for the sharing of any future fees; and that all services for which compensation is requested were in connection with said bankruptcy proceeding and were not services in any other matter.

4.       That the debtor, the standing trustee, and all creditors shall have ten days from the date this notice is mailed to file any objection.

5.       That the debtors' chapter 13 plan contains sufficient reserves or may be extended in time so that the payments requested may be made without prejudice to any creditor.

**WHEREFORE**, applicant prays that she be allowed the sum of $1,102.50 out of said estate for her attorneys fees.

_____
/s/ Ann M. Callaway
Ann M. Callaway, Counsel for debtors
15 Garrett Street
Warrenton, VA  20186
540-349-4100
(540) 347-1086 fax
VSB #29014

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2004, a copy of the foregoing application was mailed, postage prepaid, to the Office of the U.S. Trustee, 115 S. Union Street, Alexandria, VA 22314, to the debtors, and to all creditors and other parties in interest of which the debtors have notice.

                                                                  _____
                                                                  /s/ Ann M. Callaway
                                                                  Ann M. Callaway

# Ann M. Callaway's Time Entry Report

# William and Robin Winkel

## Wed Mar 17, 2004 to Mon. Jun 28, 2004

| Date | Time (hrs) | Description |
|---|---|---|
| Wed Jun 16, 2004 BK | 0.20 | AMC - Jun 16 04 - 4:04PM - Returned PC to client; concerned about IRS. |
| Fri May 21, 2004 | 0.20 | Reviewed signed copy of amended plan; electronically file with court. |
| Thu May 20, 2004 | 0.20 | AMC - May 20 04 - 9:06AM - Returned PC to Robin; explained why the truck was being paid through the plan and not directly in accordance with the original contract. |
| Wed May 19, 2004 | 1.00 | Revise plan; PC with client; amend schedule to include taxes. |
| Wed May 12, 2004 | 0.20 | Returned PC to R. Winkel; discussed amendments to plan and that I am waiting on contacting R. Coulter before I can finish amendments. |
| Tue May 11, 2004 | 1.10 | Review Objection filed by trustee; checked website for filed claims; called G. O'Donnell's office - left message; reviewed file; PC with G. O'Donnell about plan; revise plan and schedules to fix it; call B. Coulter about language for taxes; |
| Fri Apr 16, 2004 | 0.20 | Returned PC to Robin; she wanted to know whether she could take money out of her 401K during the plan. I said yes. |
| Thu Apr 8, 2004 | 0.80 | Review fax from client; revise budget in computer; PC with Robin; fax new plan and budget to clients for signatures; file amended plan thru ECF. |

| Date | Hours | Description |
|---|---|---|
| Wed Apr 7, 2004 | 0.80 | Revise data in computer; work on amending plan. |
| Tue Apr 6, 2004 | 0.20 | Returned PC to client - told Robin I would work on new plan today. |

Time for Winkel/William & Robin: **4.90**
**Total Time:   4.90**

**4.9 x $225/hr. = $1,102.50**