UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

WILLIAM ALLAN WINKEL
AND
ROBIN HOPE WINKEL

Debtors

Chapter 13

Case No. 04-10437-RGM

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Gerald M. O'Donnell, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. 1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
William Allan Winkel and Robin Hope Winkel, Case #04-10437-RGM

*Attend the hearing to be held on September 28, 2005 at 9:30 a.m., in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

    Gerald M. O'Donnell
    211 North Union Street, Ste. 240
    Alexandria, VA 22314

    Clerk of the Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _August 5, 2005_____      __/s/ Gerald M. O'Donnell_____
                        Gerald M. O'Donnell
                        Chapter 13 Trustee
                        211 N. Union Street, Ste. 240
                        Alexandria, VA 22314
                        (703) 836-2226
                        VSB 7930

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 5th day of August, 2005, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| William Allan Winkel | Ann M. Callaway |
| Robin Hope Winkel | Attorney for Debtors |
| Chapter 13 Debtors | Attorney At Law |
| 4414 Razor Hill Rd | 15 Garrett St. |
| Bealeton, VA 22712-7224 | Warrenton, VA 20186 |

                        __/s/ Gerald M. O'Donnell_____
                        Gerald M. O'Donnell

Gerald M. O'Donnell, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/05/2005

CASE NO: 04-10437-RGM
STATUS: BASE PLAN

| | | | |
|---|---|---|---|
| DEBTOR: XXX-XX-9728 | JOINT DEBTOR: XXX-XX-3354 | SCHEDULE: | 1,834.00 MONTHLY |
| WINKEL, WILLIAM ALLAN | WINKEL, ROBIN HOPE | TOTAL PAID: | 26,293.00 |
| AKA: | | | |

DATE FILED: 02/03/2004    4414 RAZOR HILL RD    4414 RAZON HILL RD    LAST 12 TRANSACTIONS
CONFIRMED: 06/29/2004    BEALETON, VA 22712-7224    BEALETON, VA 22712-7224

| Date | Source | Amount |
|---|---|---|
| 05/23/05 | PC | 1,834.00 |
| 05/23/05 | PC | 1,834.00 |
| 05/23/05 | PC | 1,834.00 |
| 04/13/05 | PC | 1,834.00 |
| 01/11/05 | PC | 1,834.00 |
| 12/13/04 | PC | 1,834.00 |
| 11/15/04 | PC | 1,834.00 |
| 10/07/04 | PC | 1,835.00 |
| 09/08/04 | PC | 1,834.00 |
| 08/09/04 | PC | 1,834.00 |
| 07/06/04 | PC | 1,834.00 |
| 06/04/04 | PC | 1,834.00 |
| 05/11/04 | PC | 1,234.00 |
| 04/05/04 | PC | 1.525.00 |

LATEST 341: 03/16/2004
PERCENTAGE: 77.460
ATTORNEY: ANN M. CALLAWAY
ATTORNEY AT LAW
PLAN: 60 MONTHS
15 GARRETT ST.
1st PAYMENT DUE: 03/2004
WARRENTON, VA 20186
ON SCHEDULE: 31,178.00
Phone: 540 349-4100 Fax: -
ACTUAL PAYMENTS: 26,293.00
Needed to Complete Base:
AMOUNT BEHIND: 4,885.00
BASE: 110,040.00
83,747.00

## DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 301961 | AMERICAN GENERAL FINANCE | PRO | UNS | 0.00 | 0.00 | 2,684.02 | 0.00 | 0.00 | NOT FILED |
| 006 | 299285 | SUNTRUST MORTGAGE INC. | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 007 | 302608 | WACHOVIA BANK, | PRO | SEC | 168.81 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 010 | 304189 | JAMES A. WEST, P.C. | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NOT FILED |
| 011 | 304190 | UNITED RECOVERY SYSTEMS, INC | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NOT FILED |
| 015 | 297000 | CHADWICKS | PRO | UNS | 0.00 | 0.00 | 100.38 | 0.00 | 0.00 | NOT FILED |
| 020 | 300270 | JC PENNEY/ MBGA | PRO | UNS | 0.00 | 0.00 | 1,133.66 | 0.00 | 0.00 | NOT FILED |
| 022 | 300308 | LOWES | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NOT FILED |
| 024 | 278171 | MBNA | PRO | UNS | 0.00 | 0.00 | 12,586.19 | 0.00 | 0.00 | NOT FILED |
| 025 | 304194 | OLD NAVY | PRO | UNS | 0.00 | 0.00 | 379.22 | 0.00 | 0.00 | NOT FILED |
| 027 | 304196 | THE VANGUARD GROUP | PRO | UNS | 0.00 | 0.00 | 3,566.24 | 0.00 | 0.00 | NOT FILED |
| 030 | IRS | INTERNAL REVENUE SERVICE | PRO | PRI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB INT. RATE | FIX PAY ARREARS | ORG. CLAIM INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 272439 | ECAST SETTLEMENT CORP SCHED D AMENDED - DELETED SECURI | PRO | UNS 77.4600 | 06/2005 | 0.00 0.00 | 2,039.93 | 2,039.93 1,580.13 | 469.89 0.00 | 1,110.24 0.00 |
| 003 | 302128 | DELL FINANCIAL | PRO | SEC 100.0000 | 07/2004 | 0.00 0.00 | 524.85 | 100.00 100.00 | 100.00 0.00 | 0.00 0.00 |
| 003 | 302128 | DELL FINANCIAL Split Claim | PRO | UNS 77.4600 | 06/2005 | 0.00 0.00 | 424.85 | 424.85 329.09 | 105.49 0.00 | 223.60 0.00 |
| 004 | 305245 | BRANCH BANKING & TRUST CO Split Claim | PRO | UNS 77.4600 | 06/2005 | 0.00 0.00 | 5,348.71 | 5,348.71 4,143.11 | 1,232.05 0.00 | 2,911.06 0.00 |
| 004 | 274688 | BRANCH BANK & TRUST COMPANY PER 11/5/04 ORDER ALLOW LATE CLM | FIX | SEC 100.0000 7.0000 | 06/2005 | 357.41 357.41 | 18,050.00 11/05/2004 | 18,050.00 18,050.00 | 5,030.24 688.32 | 13,019.76 151.90 |
| 005 | 283442 | STERLING INC DBA SHAW JEWELERS | FIX | SEC 100.0000 7.0000 | 06/2005 | 19.80 19.80 | 2,293.16 06/29/2004 | 1,000.00 1,000.00 | 250.95 65.85 | 749.05 8.74 |
| 005 | 283442 | STERLING INC DBA SHAW JEWELERS Split Claim | PRO | UNS 77.4600 | 06/2005 | 0.00 0.00 | 1,293.16 | 1,293.16 1,001.68 | 307.27 0.00 | 694.41 0.00 |
| 008 | ECAST | ECAST SETTLEMENT CORP. ADVANTA BANK CORP | PRO | UNS 77.4600 | 06/2005 | 0.00 0.00 | 9,138.30 | 9,138.30 7,078.53 | 2,104.97 0.00 | 4,973.56 0.00 |
| 009 | AMEXPT | AMERICAN EXPRESS TRAVEL REL SVC | PRO | UNS 77.4600 | 06/2005 | 0.00 0.00 | 7,363.71 | 7,363.71 5,703.93 | 1,696.20 0.00 | 4,007.73 0.00 |
| 012 | 296355 | BANK OF AMERICA, N.A. (USA) | PRO | UNS 77.4600 | 06/2005 | 0.00 0.00 | 1,320.19 | 1,320.19 1,022.62 | 313.68 0.00 | 708.94 0.00 |
| 013 | 290679 | BENEFICAL VIRGINIA, INC. | PRO | UNS 77.4600 | 06/2005 | 0.00 0.00 | 6,983.54 | 6,983.54 5,409.45 | 1,608.63 0.00 | 3,800.82 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

ToolBar 7.0

# Gerald M. O'Donnell, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 08/05/2005

CASE NO: 04-10437-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-9728　　JOINT DEBTOR: XXX-XX-3354　　SCHEDULE: 1,834.00 MONTHLY
WINKEL, WILLIAM ALLAN　　WINKEL, ROBIN HOPE

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% / INT. RATE | LAST DISB | FIX PAY / ARREARS | ORG. CLAIM / INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 014 | RESURG | RESURGENT ACQUISITION BP | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 1,003.85 | 1,003.85 / 777.58 | 231.23 / 0.00 | 546.35 / 0.00 |
| 016 | RESURG | RESURGENT ACQUISITION CITICARD | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 5,182.36 | 5,182.36 / 4,014.26 | 1,193.74 / 0.00 | 2,820.52 / 0.00 |
| 017 | RESURG | RESURGENT ACQUISITION CITIFINANCIAL | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 3,256.79 | 3,256.79 / 2,522.71 | 750.19 / 0.00 | 1,772.52 / 0.00 |
| 018 | ECAST | ECAST SETTLEMENT CORP. DIRECT MERCHANTS CREDIT | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 11,915.72 | 11,915.72 / 9,229.92 | 2,744.74 / 0.00 | 6,485.18 / 0.00 |
| 019 | 247926 | GTE FEDERAL CREDIT UNION | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 1,097.54 | 1,097.54 / 850.15 | 260.79 / 0.00 | 589.36 / 0.00 |
| 021 | 306388 | KOHL'S DEPARTMENT STORE | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 1,943.40 | 1,943.40 / 1,505.36 | 447.66 / 0.00 | 1,057.70 / 0.00 |
| 023 | ECAST | ECAST SETTLEMENT CORP. MBNA | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 14,788.90 | 14,788.90 / 11,455.48 | 3,406.57 / 0.00 | 8,048.91 / 0.00 |
| 026 | 248045 | SUN COMPANY INC (R&M) SUNOCO | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 793.91 | 793.91 / 614.96 | 182.87 / 0.00 | 432.09 / 0.00 |
| 028 | 262130 | WELLS FARGO | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 1,014.40 | 1,014.40 / 785.75 | 233.66 / 0.00 | 552.09 / 0.00 |
| 029 | 262130 | WELLS FARGO | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 868.33 | 868.33 / 672.61 | 200.02 / 0.00 | 472.59 / 0.00 |
| 031 | ECAST | ECAST SETTLEMENT CORP. CITIBANK-ALLOW & PAY PER RVW | PRO | UNS 77.4600 | 06/2005 | 0.00 / 0.00 | 802.76 | 802.76 / 621.82 | 184.91 / 0.00 | 436.91 / 0.00 |
| 799 | CALLAW | ANN M. CALLAWAY | PRO | ATY 100.0000 | 07/2004 | 0.00 / 0.00 | 1,102.50 | 1,102.50 / 1,102.50 | 1,102.50 / 0.00 | 0.00 / 0.00 |
|  |  | Trustee Administrative Fees |  |  |  |  |  | 1,370.55 | 1,370.55 |  |
|  |  | TOTALS: |  |  |  | 377.21 / 377.21 | 96,832.85 | 98,203.40 / 80,942.19 | 25,528.80 / 754.17 | 55,413.39 / 160.64 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 0.00 | 1,102.50 | 0.00 | 19,150.00 | 59,319.14 | 0.00 |  |  |
| PAID BY TRUSTEE: | 0.00 | 1,102.50 | 0.00 | 5,381.19 | 17,674.56 | 0.00 |  |  |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 13,768.81 | 41,644.58 | 0.00 | DUE CREDITORS: | 55,574.03 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 160.64 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,296.74 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.03 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 13,929.45 | 41,644.58 | 0.00 | APPROX BALANCE: | 58,860.74 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.　　ToolBar 7.0