**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
    WILLIAM ALLAN WINKEL      Case # 04-10437-RGM
    and
    ROBIN HOPE WINKEL

    REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| WILLIAM ALLAN WINKEL<br>ROBIN HOPE WINKEL<br>4414 RAZOR HILL RD<br>BEALETON, VA 22712-7224 | $10.03 |

Dated:    March 21, 2006    __/s/Gerald M. O'Donnell _____
                                                      Gerald M. O'Donnell
                                                      211 North Union Street, Ste. 240
                                                      Alexandria, VA 22314
                                                      (703) 836-2226
                                                      VSB#7930